AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
MAY 07 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jafaar September Nyangoro | ) Case No. | 1:25-mj-00006-BAM |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Jafaar September Nyangoro,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
 18 USC 1349- Conspiracy to commit wire fraud

Date:   1/31/25

*B. McAuliffe*
*Issuing officer's signature*

City and state:   Fresno, California        Honorable Barbara A. McAuliffe - U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  1-29-2025 , and the person was arrested on *(date)*  5-5-2025
at *(city and state)*  Nashville, TN .

Date:  5-5-2025

*Arresting officer's signature*

André T. Edwards / Special Agent
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| Jafaar September Nyangoro | ) Case No. 1:25-mj-00006-BAM |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jafaar September Nyangoro,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 USC 1349- Conspiracy to commit wire fraud

Date:   1/31/25

*B. McAuliffe*
Issuing officer's signature

City and state:   Fresno, California                  Honorable Barbara A. McAuliffe - U.S. Magistrate Judge
                                                    *Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
                                                    _____
                                                    Arresting officer's signature

                                                    _____
                                                    Printed name and title