AO 442 (Rev. 11/11) Arrest Warrant     ORIGINAL

# UNITED STATES DISTRICT COURT



FILED for the Eastern District of California

ISSUED

United States of America
v.
Jafaar Nyangoro
aka Jafaar September Nyangoro

MAY 13 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

_Defendant_

Case No. 1:25-cr-00093 JLT-SKO

USMS FRESNO RCVD

## ARREST WARRANT

MAY 8 2025 PM 2:38

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  Jafaar Nyangoro aka Jafaar September Nyangoro,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 – Conspiracy to commit wire fraud;
18 U.S.C. § 1343 – Wire fraud;

Date: 05/08/2025

_Issuing officer's signature_

City and state: Fresno, CA

Barbara A. McAuliffe, Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 5/8/25, and the person was arrested on _(date)_ 5/5/25
at _(city and state)_ M/TN.

Date: 5/12/25

FBI
_Arresting officer's signature_

_Printed name and title_