**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JAFAAR SEPTEMBER NYANGORO,<br><br>            Defendant. | Case No: 1:25-CR-00093-JLT-SKO<br><br>ORDER ON STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION AND REVIEW OF PROTECTED INFORMATION |

<u>ORDER</u>

1. The discovery and information within it may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will remain the property of the United States of America (the government). Defense counsel will return the discovery to the government at the conclusion of the case or certify that she has destroyed any copy of discovery that was provided to defense counsel.

2. Defense counsel may permit the defendant to view unredacted versions documents in the presence of his attorney(s), defense investigator(s), and/or support staff. The parties agree that defense counsel, defense investigator(s), and support staff shall not allow the defendant to copy or record protected information contained in the discovery. The parties agree that defense counsel, defense investigator(s), and support staff may provide the defendant with copies of documents, if any, from which protected information has first been redacted.

1

3. Defense counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to anyone in violation of this agreement. Defense counsel shall be responsible for advising the defendant, employees, and other members of the defense team, and defense witnesses of the contents of this stipulation and order.

4. If requested, the Fresno Federal Bureau of Investigation (FBI) office shall make original items, to the extent they are within the custody or control of the FBI and cannot otherwise be reproduced, available for review or inspection at the FBI office in Fresno.

5. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED.

Dated: **June 9, 2025**

STANLEY A. BOONE
United States Magistrate Judge