JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
JAFAAR SEPTEMBER NYANGORO

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-CR-00093- JLT-SAB |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON** |
| v. | |
| JAFAAR SEPTEMBER NYANGORO, | **DATE: May 20, 2026** |
| Defendant**.** | **TIME: 1:00 p.m.** |
| | **Courtroom Nine** |
| | **Honorable Stanley A. Boone** |

Defendant, JAFAAR SEPTEMBER NYANGORO, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, Eric Grant, United States Attorney and David L. Gappa Assistant United States Attorney, hereby stipulate to continue the previously set Status Conference from April 15, 2026 to **May 20**, **2026** at **1:00 p.m.** This continuance is necessary due to the unavailability of the Court.

The parties further stipulate to exclude time under the Speedy Trial Act, 18 U.S.C. Section 3161(h)(7)(A) and (B)(iv)  - that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

1

Dated:  April 8, 2026                    /s/ John F. Garland
                                          John F. Garland
                                       Attorney for Defendant
                                       STEVEN PAUL GARCIA


Dated:  April 8, 2026                      Eric Grant
                                      United States Attorney


                                       /s/ David L. Gappa
                                    By:   David L. Gappa
                                    Assistant U.S. Attorney


                              **ORDER**

   GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the Status Conference for defendant JAFAAR SEPTEMBER

NYANGORO  is continued to May 20, 2026 at 1:00 p.m. The period from April 15, 2026,

through May 20, 2026, shall be excluded pursuant to 18 U.S.C. Section 3161(h)(7)(A) and

(B)(iv).   The defendant is ordered to appear.


IT IS SO ORDERED.

Dated:   **April 9, 2026**           _____
                                      STANLEY A. BOONE
                                      United States Magistrate Judge

2