JOHN F. GARLAND #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant,
JAFAAR SEPTEMBER NYANGORO

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAFAAR SEPTEMBER NYANGORO,<br><br>Defendant. | Case No. 1:25-CR-00093-JLT-SAB<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON**<br><br>**DATE: November 9, 2026**<br>**TIME: 9:00 a.m.**<br>**Courtroom Four**<br><br>**Honorable Jennifer L. Thurston** |

Defendant, JADAAR SEPTEMBER NYANGORO, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, Eric Grant, United States Attorney and David L. Gappa, Assistant United States Attorney, hereby stipulate to continue the defendant's sentencing hearing from September 21, 2026 to **November 9**, **2026** at **9:00 a.m.** This continuance is necessary because the 2026 Amendments to the United States Sentencing Guidelines take effect on November 1, 2026 and counsel has determined that the 2026 amendments to the Loss Table in USSG Section 1B1.1(b) will result in a lower Base Offense Level for Mr. Nyangoro.

The United States Probation Officer has been notified of this stipulation and is in agreement with the proposed sentencing date and sentencing schedule.

It is further stipulated that the presentence schedule be modified as follows:

| | |
|---|---|
| Judgment and Sentencing date: | November 2, 2026 |
| Reply or Statement of Non-Opposition: | November 2, 2026 |
| Formal Objections to the PSR shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 26, 2026 |
| Final PSR shall be filed with the Court and disclosed to counsel no later than: | October 19, 2026 |
| Informal Objections to the PSR shall be delivered to the Probation Officer and opposing counsel no later than: | October 13, 2026 |

**IT IS SO STIPULATED.**

Dated: August 24, 2024

/s/ John F. Garland
John F. Garland
Attorney for Defendant
JAFAAR SEPTEMBER NYANGORO

Dated: August 24, 2024

Eric Grant
United States Attorney

/s/ David L. Gappa
By: David L. Gappa
Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing for defendant JAFAAR SEPTEMBER NYANGORO is continued to November 9, 2026 at 9:00 a.m. and the Sentencing Schedule is modified as set forth above.

IT IS SO ORDERED.

Dated: August 25, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE